**UNITED STATES DISTRICT COURT**
for the District of New Jersey [LIVE]
Camden, NJ

KAJAL SHETH

                                    Plaintiff,

v.                                    Case No.:
                                         1:21–cv–02496–JHR–MJS

HARRAH'S ATLANTIC CITY
OPERATING COMPANY, LLC , et al.

                                    Defendant.

Clerk, Superior Court of New Jersey
Atlantic County Courthouse
1201 Bacharach Boulevard
Atlantic City, NJ 08401

State No: ATL–L–3764–20

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                     Very truly yours,

                                                     William T. Walsh, Clerk
                                                     By Deputy Clerk, rtm

encl.
cc: All Counsel